UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT VITALE,

          Plaintiff,

-vs-                                    Case No. 6:06-cv-1657-Orl-28JGG

LIVE ELECTRIC, INC., HAIM SCWARTZ,

          Defendants.
_____

## ORDER

On February 2, 2007, Plaintiff Robert Vitale filed a Notice of Settlement in this Fair Labor Standards Act ("FLSA") case indicating that this case had settled and the necessary settlement and dismissal papers were being prepared. (Doc. 23). To date, no settlement and dismissal papers have been filed. The Court must make a determination that the settlement entered into between the parties is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. See Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1354-55 (11th Cir. 1982). Accordingly, the parties are directed to submit the terms of the settlement within eleven (11) days from the date of this Order so that the Magistrate Judge can prepare a report and recommendation regarding same.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of March, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party