UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT VITALE,

          Plaintiff,

-vs-                                      Case No. 6:06-cv-1657-Orl-28JGG

LIVE ELECTRIC, INC., HAIM SCWARTZ,

          Defendants.
_____

## ORDER

This cause is before the Court on review of the Joint Stipulation of Dismissal With Prejudice (Doc. No 25) filed March 16, 2007. Based on the representations of the parties, Plaintiff has been fully compensated for all claims asserted in this litigation. Thus, there has been no compromise of Plaintiff's claims and there is no need for judicial scrutiny of the settlement agreement. See MacKenzie v. Kindred Hospitals East, L.L.C., 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Accordingly, the Court finds that the settlement without compromise of Plaintiff's claims is a fair and reasonable resolution of this matter.

It is therefore **ORDERED and ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20__ day of March, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party